**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| DENNIS BLOOM, | : No. 5 MAL 2020 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| PENNSYLVANIA STATE ETHICS | : |
| COMMISSION, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.